IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CMFG LIFE INSURANCE COMPANY,
MEMBERS LIFE INSURANCE COMPANY
And CUMIS INSURANCE SOCIETY,

        Plaintiffs,

v.

MORGAN STANLEY & CO., LLC,

        Defendant.

ORDER

13-cv-577-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 20th day of August, 2013.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge